**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Lynn Bolden

     Plaintiff,

v.              Case No.: 1:19–cv–02237
              Honorable Martha M. Pacold

Barilla America Inc

     Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

   MINUTE entry before the Honorable Martha M. Pacold: Telephonic motion hearing held on 12/10/2021. For the reasons stated on the record, defendant's motion to dismiss [51] is granted in part and denied in part. The motion is denied with respect to plaintiffs' state statutory claims asserted in counts I–VI and common law claims in counts VII and X; the motion is granted, without prejudice and with leave to amend, with respect to plaintiffs' common law claims asserted in counts VIII and IX and to the extent that plaintiffs seek injunctive relief. The court grants plaintiffs an opportunity to amend the complaint. The parties are directed to file a joint status report by 2/3/2022 (1) informing the court whether plaintiffs intend to proceed with the current complaint or will amend the complaint; (2) proposing deadlines for amended and responsive pleadings; (3) providing a brief update on the status of settlement; and (4) raising any other matters the parties wish to bring to the court's attention, including any request for a telephone status hearing. The parties are encouraged to exhaust settlement possibilities. This case has already been referred to Judge Cox for discovery supervision and settlement, and the parties can reach out to Judge Cox's chambers if they would like to schedule a settlement conference. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.